**Frank GUTIERREZ, Petitioner–Appellant,**

v.

**J.W. FAIRMAN, Jr., Warden; Attorney General of the State of California, Respondents–Appellees.**

No. 01–55525.

D.C. No. CV–00–11247–CBM.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 12, 2002.

Decided March 27, 2002.

Before KOZINSKI and GOULD, Circuit Judges, and BREYER, District Judge.*

### MEMORANDUM **

The rule announced in *People v. Martinez*, 20 Cal.4th 225, 83 Cal.Rptr.2d 533, 973 P.2d 512 (1999) was not applied retroactively.

**AFFIRMED.**

---

\* Honorable Charles R. Breyer, United States District Judge for the Northern District of California, sitting by designation.

\** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

